**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fuller's Service Center Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-2693957** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **102 W. Chicago Ave.**<br>**Hinsdale, IL 60521**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **fullersservicecenter.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Fuller's Service Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor   **Fuller's Service Center Inc.**                              Case number (*if known*) _____
      Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in** *Check all that apply:*
    **this district?**

        ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
            preceding the date of this petition or for a longer part of such 180 days than in any other district.

        ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**   ■ No
    **have possession of any**
    **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**

                **Why does the property need immediate attention?** (*Check all that apply.*)

                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                  What is the hazard? _____

                ☐ It needs to be physically secured or protected from the weather.

                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                  livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                ☐ Other _____

                **Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

                **Is the property insured?**

                ☐ No

                ☐ Yes.   Insurance agency _____
                               Contact name _____
                                 Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
    **available funds**

        ■ Funds will be available for distribution to unsecured creditors.

        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**
    **creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Fuller's Service Center Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2025**
MM / DD / YYYY

**X** /s/ Douglas A. Fuller Jr.                          Douglas A. Fuller Jr.
Signature of authorized representative of debtor          Printed name

Title   **President; a Director**

---

**18. Signature of attorney**

**X** /s/ David K. Welch                          Date   **January 29, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**David K. Welch 06183621**
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash
21st Floor
Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7122**          Email address   **dwelch@burkelaw.com**

**06183621 IL**
Bar number and State

| Debtor | Fuller's Service Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____     Douglas A. Fuller Jr.
Signature of authorized representative of debtor     Printed name

Title  **President; a Director**

**18. Signature of attorney**

X _____     Date 01/29/2025
Signature of attorney for debtor     MM / DD / YYYY

David K. Welch 06183621
Printed name

Burke, Warren, MacKay & Serritella, P.C.
Firm name

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone  312-840-7122     Email address  dwelch@burkelaw.com

06183621 IL
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Fuller's Service Center Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____     X _Douglas A Fuller_
Signature of individual signing on behalf of debtor

**Douglas A. Fuller Jr.**
Printed name

**President; a Director**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fuller's Service Center Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1st Ayd Corporation PO BOx 5298 Elgin, IL 60121-5298** | | | | | | $5,923.02 |
| **Advantage Chevrolet 9510 W. Joliet Road Hodgkins, IL 60525** | | | | | | $6,743.08 |
| **American Tire Distributors PO Box 841780 Dallas, TX 75284-1780** | | | | | | $21,787.25 |
| **AR Supply 9040 Murphy Road Woodridge, IL 60517** | | | | | | $4,984.42 |
| **Auto Zone PO Box 791409 Baltimore, MD 21279-1409** | | | | | | $6,741.45 |
| **Bill Jacobs Jaguar Land Rover 336 E. Ogden Ave. Hinsdale, IL 60521** | | | | | | $5,688.37 |
| **Car Love Services, Inc. 9124 W. 47th Street Brookfield, IL 60513** | | | | | | $4,314.59 |
| **Cintas Corporation #344 PO Box 88005 Chicago, IL 60680-1005** | | | | | | $5,503.71 |
| **Jack Phelan Countryside 5859 S. LaGrange Rd Countryside, IL 60525** | | | | | | $7,198.15 |

Debtor    **Fuller's Service Center Inc.**
_____    Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Laner Muchin Ltd. 515 North State Street,m Suite 2400 Chicago, IL 60654-4688** | | | | | | **$2,797.50** |
| **Murphy Construction Services, LLC 16W273 83rd Street Suite D Burr Ridge, IL 60527** | | | | | | **$17,400.00** |
| **Pretzel & Stouffer, Inc. 200 South Wacker Dr. Suite 2600 Chicago, IL 60606-4673** | | | | | | **$148,522.15** |
| **RelaDyne Mid-Town Petrolium Acquisition LLC PO Box 645332 Cincinnati, OH 45264-5332** | | | | | | **$21,327.79** |
| **Sam's Tech Supply Inc. 435 S. Shelby St. Hobart, IN 46342-4721** | | | | | | **$3,878.40** |
| **Stone Wheel Parts Authority LLC PO Box 748957 Los Angeles, CA 90074-8957** | | | | | | **$63,508.98** |
| **Thornton Tomasetti PO Box 781187 Philadelphia, PA 19178-1187** | | | | | | **$19,954.11** |
| **US Auto Parts U.S. Auto Force 7984 Solutions Center Chicago, IL 60677-7009** | | | | | | **$18,297.17** |
| **Westmont Porsche 201 East Ogden Ave. Westmont, IL 60559** | | | | | | **$4,759.71** |

Debtor  **Fuller's Service Center Inc.**
_____
Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Willowbrook Ford, Inc.** **7301 S. Kingery Highway (RTE 83) Willowbrook, IL 60527** | | | | | | **$2,624.75** |
| **WorldPac, Inc.** **PO Box 5022 Newark, CA 94560-5522** | | | | | | **$22,529.72** |

..

1st Ayd Corporation
PO BOx 5298
Elgin, IL 60121-5298


Advance Auto Parts
AAp Financial Services
PO Box 742063
Atlanta, GA 30374-2063


Advantage Chevrolet
9510 W. Joliet Road
Hodgkins, IL 60525


Alloy Wheel Repair, Inc.
PO Box 5941
Elgin, IL 60121-5941


Ally
PO Box 380901
Minneapolis, MN 55438


Ally
PO Box 660109
Dallas, TX 75266-0109


American Tire Distributors
PO Box 841780
Dallas, TX 75284-1780


AR Supply
9040 Murphy Road
Woodridge, IL 60517


Audi Financial
1401 Franklin Blvd.
Libertyville, IL 60048


Audi Financial
PO Box 5215
Carol Stream, IL 60197-5215

Auto Zone
PO Box 791409
Baltimore, MD 21279-1409

BG Products of Illinois
PO Box 706403
Cincinnati, OH 45270-6403

Bill Jacobs Jaguar Land Rover
336 E. Ogden Ave.
Hinsdale, IL 60521

Bill Jacobs Naperville
2495 Aurora Ave.
Naperville, IL 60540

Bulk Master
295 Eastgate Industrial Parkway
Kankakee, IL 60901

Car Love Services, Inc.
9124 W. 47th Street
Brookfield, IL 60513

Carroll's LLC
d/b/a National Tire Wholesale
4281 Old Dixie Highway
Hapeville, GA 30354

Castle Downers Grove
2020 Ogden Ave.
Downers Grove, IL 60515

Chicago Wheel Service
1001 Morse Ave.
Elk Grove Village, IL 60007

Cintas Corporation #344
PO Box 88005
Chicago, IL 60680-1005

Cintas First Aid & Safety
PO Box 631025
Cincinnati, OH 45263-1025

Continental Toyota/Scion
6701 S. LaGrange
Hodgkins, IL 60525


Countryside Nissan
5750 S. LaGrange Road
Countryside, IL 60525


DRB Systems
PO Box 645747
Cincinnati, OH 45264-5747


Engineering Resource Associates
3S701 West Ave., Suite 150
Warrenville, IL 60555


Ettleson Hyundai
5631 S. LaGrange ROad
Countryside, IL 60525-3965


Factory Motor Parts
139107 PO Box 9107
Minneapolis, MN 55480-9107


Ford Credit
Bankruptcy Dept.
PO Box 35911
Cleveland, OH 44135-0911


Ford Credit
PO Box 650575
Dallas, TX 75265-0575


Fuller's Carwash Countryside
5550 South Brainard Ave.
Countryside, IL 60525


Fuller's Carwash Equipment Co.
9124 West 47th St.
Brookfield, IL 60513


Fuller's Carwash of Westmont
417 West Ogden Ave.
Westmont, IL 60559

Fuller's Home & Hardware
35 East First Street
Hinsdale, IL 60521


Gerald Honda of Countryside
5901 S. LaGrange Rd.
Countryside, IL 60525-4067


GM Financial
3137 East Elwood St
Suite 130
Phoenix, AZ 85034


GM Financial
PO Box 78143
Phoenix, AZ 85062-8143


Hawk Ford of St. Charles
640 Pasquinelli Drive
Westmont, IL 60559


Heartland Bank and Trust Co.
401 North Hershey Road
Bloomington, IL 61704


Heartland Bank and Trust Co.
BR# 525- Western Springs - WSW
4456 Wolf Road
Western Springs, IL 60558


Hinkley Springs
PO Box 660579
Dallas, TX 75266-0579


Infiniti of Clarendon Hills
415 East Ogden Ave.
Clarendon Hills, IL 60514


Jack Phelan Countryside
5859 S. LaGrange Rd
Countryside, IL 60525


K&S Inc. Superior Auto Extras
12601 Encinitas Ave.
Sylmar, CA 91342

Laner Muchin Ltd.
515 North State Street,m Suite 2400
Chicago, IL 60654-4688


Lexus Financial
c/o NBS
PO Box 9014
Addison, TX 75001


Lexus Financial
PO Box 5855
Carol Stream, IL 60197-5855


McGrath Acura of Westmont
400 E. Ogden Ave.
Westmont, IL 60559


McGrath Lexus of Westmont
500 E. Ogden Ave.,
Westmont, IL 60559


Michael O'Brien
O'Brien Law Offices, P.C.
124 S. County Farm Rd., Suite A
Wheaton, IL 60187


Money Mailer of Eastern DuPage
18W121 Holly Ave.
Darien, IL 60561


Murphy Construction Services, LLC
16W273 83rd Street
Suite D
Burr Ridge, IL 60527


Napa Auto Parts
5959 Collections Center Dr.
Chicago, IL 60693


Nobs Towing Inc.
1510 Hannah
Forest Park, IL 60130

Panegasser Dent Repair Co
407 S. School St.
Lombard, IL 60148


Pretzel & Stouffer, Inc.
200 South Wacker Dr.
Suite 2600
Chicago, IL 60606-4673


Recycled Paper Greeting
3613 Solutions Center
Chicago, IL 60677-3006


Regional Truck Equipment Co. Inc.
255 Laura Drive
Addison, IL 60101


RelaDyne
Mid-Town Petrolium Acquisition LLC
PO Box 645332
Cincinnati, OH 45264-5332


Sam's Tech Supply Inc.
435 S. Shelby St.
Hobart, IN 46342-4721


Schnidler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050


Stone Wheel
Parts Authority LLC
PO Box 748957
Los Angeles, CA 90074-8957


TD Auto Finance
PO Box 9223
Farmington, MI 48333-9223


TD Auto Finance
PO Box 100295
Columbia, SC 29202-3295

The AutoBarn Limited
6191 Joliet Rd.
Countryside, IL 60525


Thornton Tomasetti
PO Box 781187
Philadelphia, PA 19178-1187


TR Wholesale Solutions
7015 Vorden Parkway
South Bend, IN 46628-8422


Tray Maintenance Systems, Inc.
2013 Clark Road
Unit D
Dyer, IN 46311


U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203


US Auto Parts
U.S. Auto Force
7984 Solutions Center
Chicago, IL 60677-7009


US Bank
200 South Sixth St.
Minneapolis, MN 55401


US Bank
PO Box 790179
Saint Louis, MO 63179-0179


Village of Hinsdale
19 East Chicago Ave.
Hinsdale, IL 60521


Volvo of Lisle
4325 Lincoln Ave.
PO Box 550
Lisle, IL 60532

```
Westfield Ford
6200 S. LaGrange Rd.
Countryside, IL 60525


Westmont Porsche
201 East Ogden Ave.
Westmont, IL 60559


Willowbrook Ford, Inc.
7301 S. Kingery Highway (RTE 83)
Willowbrook, IL 60527


WorldPac, Inc.
PO Box 5022
Newark, CA 94560-5522
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Fuller's Service Center Inc.

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Fuller's Service Center Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

1/29/2025
_____
Date

David K. Welch 06183621
Signature of Attorney or Litigant
Counsel for  Fuller's Service Center Inc.
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash
21st Floor
Chicago, IL 60611
312-840-7122
dwelch@burkelaw.com