# History of Similar Crashes at Fuller’s

A pattern of conduct, not an isolated event

# Prior Crash #1

## July 25, 2007 | Hinsdale, Illinois

**Diana Newlin** · Western Springs · 7w ...

Mare Krug Actually it did happen before, and if I understand correctly, the details are much the same. In July 2007 it was my car that a new employee (first day) drove out of the carwash and crashed into a pickup truck across the street parked in front of Fontano's. My car was totaled, probably the truck was too. The Fuller's employee driving my car had no driver's license and wasn't supposed to be driving the cars. The manager told me this as he was apologizing. On that day, no one was walking on the sidewalk and the pickup truck blocked my car from crashing into Fontano's. That should have been enough for them to put up something to block another car from flying out of the carwash full speed and into pedestrians and businesses. There is a police report of this incident.

Like Reply Share 8

*Facebook Comment from Diana Newlin XX*




*Exhibit XX – Illinois Traffic Crash Report, July 25, 2007*

# Diagram of Crash #1



# Crash #1

## Employee w/o License Caused Crash on First Day

- Doug does not know Joel Tellez, the former Fuller’s Car Wash employee who was at fault in this crash.
- Doug does not know whether Joel caused this crash on his first day, but he is not disputing that.



(WHEREUPON, a certain document was marked D. Fuller Deposition Exhibit No. 4, for identification.)

BY MR. COSGROVE:

Q. Doug, will you read that to yourself?
A. Okay.
Q. Do you know who Diana Newlin is?
A. I do not.
Q. Do you know that Diana Newlin was involved in the crash that took place in -- in July of 2007?
A. I've heard her name.
Q. You've heard her name.
Do you know who Joel Tellez is, T-e-l-l-e-z?
A. No, I don't.
Q. Do you know if Joel Tellez worked at Fuller's Car Wash?
A. It's not ringing a bell.
Q. Who was the driver of the crash that took place with Diana Newlin's vehicle?
A. I don't remember. I'm sorry.
Q. Was it a Fuller's Car Wash employee?
A. Yes, it was.





Q. Was it his first day?
A. I don't remember that either.
Q. Okay. Are you disputing that it was the gentleman's first day on the job for the day of that crash that happened in 2007?
A. In 2007, I do not know. I never heard of that before, but no.
Q. When you say you never heard of it --
A. I never heard it was anybody's first day of that accident, no.
Q. How many first day accidents have you had at Fuller's, other than apparently the one in 2007 and the one with --
A. Does it say in here?
Q. Yes, it does.
A. Where?
Q. Look at the second sentence. It says, in 2007, it was my car that a new employee, quote --
A. Who said this?
Q. The owner of the vehicle, the one whose car got crashed by the employee who it was their first day on the job at your place.
A. I'd have to check into that. I don't

# Crash #1

## Fuller's Lack of Precaution

- Doug does not remember if Fuller's employee was fired as a result of this incident.
- Doug stated that if Joel did not have his license, he should have been fired.
- **Doug does not agree that someone should not have been driving cars on their first day of work at Fuller's Car Wash.**

Page 76

to find out who was involved in the crash?

A. I just read his name. I don't remember. I don't remember the guy working for me. It's been 20 years. I don't remember it. I'm sorry. I don't remember.

Q. Did he get fired after this day?

A. I don't remember. I'm sorry.

Q. Would you agree --

A. If he didn't have his driver's license, yeah. I mean, if he showed a license, yes, he would have probably been fired. I just don't remember. I'm sorry.

Q. Do you agree that a driver -- strike that.

Do you agree that someone on their first day of work at Fuller's Car Wash shouldn't be driving cars there?

A. No, I don't agree with that.

Q. You do not agree with that?

A. I mean, at the time, no, that's not how we trained.

Q. Well, in 2007, apparently, you let people on their first day drive cars.

A. I don't know that. I don't know that.

Veritext Legal Solutions

www.veritext.com 888-391-3376

*Doug Fuller Jr.'s Deposition — January 27, 2026*

# Crash #1

## Fuller's Lack of Precaution *continued*

- Doug stated that he is responsible for the decisions about what new hires can and cannot do on their first day.
- According to Doug, it was not necessary to prevent new hires from driving cars on their first day after this crash "because it was an accident."
- After Sean's death, Doug no longer lets employees drive on their first day.

Why didn't you change that policy after Ms. Newlin's vehicle was crashed by an employee on their first day?
A. It didn't seem necessary.
MR. ROY: Object to form.
BY MR. COSGROVE:
Q. Why did it not seem necessary?
A. Because it was an accident.

*Doug Fuller Jr.'s Deposition — January 27, 2026*

# Crash #1

## Fuller's Acknowledges Duty to Public

- Fuller's agrees that the owner of the land has a duty to ensure that the way it is being used is safe for the public.
- Fuller's agrees that one way of doing this is by considering prior incidents that have taken place on the property.
- Fuller's agrees that a reasonable landowner should try to make sure that the same type of incident does not continue happening on the property.

Do you agree that one of your jobs as the owner of land is that you have to try to make

Page 90

sure it's safe, the way it's being used is safe for the public?

A. Yes.

MS. CROWLEY: Hold on. I'll object to the extent you're asking for a legal conclusion but you can answer.

BY THE WITNESS:

A. Yes.

BY MR. COSGROVE:

Q. Do you think one step in trying to make sure that a landowner keeps their land safe is to consider, you know, what type of incidents have taken place on the property?

MS. CROWLEY: Object to form.

Go ahead.

BY THE WITNESS:

A. Yes.

BY MR. COSGROVE:

Q. And if there's a certain pattern of events that happened, a reasonable landowner should try to make certain steps or take certain steps to make sure that the same thing doesn't keep happening on the property?

MS. CROWLEY: Object to form.

Page 91

BY THE WITNESS:

A. Yes.

*Susan Groenewold's Deposition — February 4, 2026*

# Crash #1

## Fuller's Acknowledges Duty *continued*



Go ahead.

BY THE WITNESS:

A. Yes.

BY MR. COSGROVE:

Q. And if you would have known that the crash happened, do you think you should have done something about it to make sure it didn't happen again?

A. I'm sure that we probably took the measures that we needed to at the time.

Q. I'm going to show you -- we're going to mark this as Exhibit 5.

A. Okay.

(WHEREUPON, a certain document was marked S. Fuller Deposition Exhibit No. 5, for identification.)

BY MR. COSGROVE:

Q. Do you see these yellow ballasts that were placed in the ground?

A. Yes.

Q. Were those safety measures placed after Sean's death?

A. Yes.

Q. Was there ever any conversation after





the 2007 incident to put safety ballasts in the area of the tunnel exit to prevent vehicles from crossing onto the sidewalk and causing injury or harm to people on the sidewalk?

MS. CROWLEY: Object to form.

Go ahead.

BY THE WITNESS:

A. No.

BY MR. COSGROVE:

Q. Why not?

A. It never entered our minds.

Q. So after the 2007 incident where Mr. Tellez, the Fuller's employee, drove out and crashed into the truck in front of Fontano's, putting in some type of a safety device like a ballast never crossed any of the owners' minds, at least from your perspective as an owner?

A. No, I didn't even know what bollards were.

Q. You'd never seen them before?

A. In 2007?

Q. Yeah. They were literally throughout the United States at that time. Had you ever seen them before?





A. Not in our town.

Q. I take it since this event didn't even register in your long-term memory, you didn't think much of it when it happened?

MS. CROWLEY: Objection to form.

BY THE WITNESS:

A. I don't remember it.

BY MR. COSGROVE:

Q. Was Mr. Tellez disciplined for his misconduct?

MS. CROWLEY: Objection. There's been no evidence that Tellez was an employee.

Go ahead. You can answer.

BY THE WITNESS:

A. Not to my knowledge.

BY MR. COSGROVE:

Q. Do you think Tellez -- do you think that this lady is lying, that this guy didn't actually work for Fuller's?

A. I don't know.

Q. I mean, is that possible, in your mind, that the crash happened by someone who wasn't working for Fuller's?

A. I don't know.

# Crash #1

## Fuller's Lack of Action

- No action was taken by Fuller's following Crash #1.

Q. Were there any safety incidents created and left in a file somewhere where we can see what you actually did as a corporation to try to prevent this in the future from happening?

A. On this crash, I do not remember.

# Prior Crash #2 – History Repeats Itself Again

## January 22, 2009 | Hinsdale, Illinois

- Car at fault was driven by an employee of Fuller's.
- Vehicle rapidly accelerated across Lincoln, striking another car and then a tree.
- The other car involved was sent into the building at 11 S Lincoln.
- 11 S Lincoln is the dry cleaner located immediately to the right of Fontano's, which is located at 9 S Lincoln.







*Exhibit XX – Illinois Traffic Crash Report, January 29, 2009*

# Crash #2 – History Repeats Itself Again

## Crash Report Narrative

HINSDALE PD · JANUARY 22, 2009

**NARRATIVE (Refer to vehicle by Unit No.)**

Unit 1 was unoccupied, in the neutral position and came to rest at the end of the automated Car Wash at 102 W. Chicago Ave. The attendant stated that he entered Unit 1. The vehicle engine was off and the gear was in the neutral position. The attendant advised that he proceeded to start the vehicle. Shortly after starting the engine, he put the gear selector to the drive position. When Unit 1 entered the drive mode, it fully accelerated forward without warning. As the vehicle continued eastbound into the street in the 10 blk of South Lincoln at a high rate of speed, the attendant attempted to apply the brake. The vehicle refused to stop and struck an unoccupied vehicle (Unit 2) that was parked in front of 11 S Lincoln. Unit 1 proceeded to come to a rest when it left the roadway and struck a tree in the parkway. The force from the impact to Unit 2 sent Unit 2 into the building located at 11 S Lincoln.

# Crash #2 – History Repeats Itself Again

## Crash Report Diagram

HINSDALE PD · JANUARY 22, 2009



# Crash #2 – History Repeats Itself Again

- It was recognized that this incident was analogous to the one on July 25, 2007.
- There is no incident report.
- There was a meeting including Doug, his father, and his siblings the night following the crash.
- No changes were made as a result of family meeting.

Q. At this point in time, was it -- was it recognized that this was the same type of incident that happened in --
A. Yes.
Q. -- 2007?
Let me finish my question to make sure our record is clear.
In 2009, did it register with the Fuller's Car Wash people and you individually, your sister, your brothers, everybody, that this was the same exact type of situation that happened two years prior?
A. Yes.
Q. Was there a meeting about it?
A. Yes.

Page 98

Q. Who was involved in the meeting?
A. Me, my father, my brothers and sisters.
Q. Where did the meeting take place?
A. In our office.
Q. When in reference to the crash did the meeting take place?
A. When did it take place?
Q. Yes, sir. A day later? A week later? A month later? A year later?
A. That night.
Q. So the night of the crash there was a meeting with all six of your brothers and sisters?
A. If I remember they were all there.
Q. All six brothers and sisters?
A. One might have had to go home for kids. I don't remember.
Q. Were all six of your brothers and sisters involved in the business at that point in time?
A. Sarah might not have been, so the ones that I mentioned before, yes.
Q. Okay. How many total brothers and sisters do you have?
A. There's seven of us.

Veritext Legal Solutions
www.veritext.com 888-391-3376

# Crash #2 – History Repeats Itself Again

## Fuller's Lack of Precaution

- There was a family meeting about this crash, however no precautionary measures were implemented.
- No steps were taken to remedy the obvious and significant risk to the public demonstrated by both of these crashes.

Q. Going back to the meeting you had with your family on the night of the crash, did you ever meet again to try to work out safety procedures at the car wash to try to prevent people from getting hit either on the sidewalk or cars being hit in the roadway or the building being hit across the street at any point after that 2009 meeting with your brothers and sisters and dad?

A. Not that I recall. I mean, we probably talked -- we always talk safety and how the day

Page 122

goes and what's going on but we were talking about how we pushed the cars out, you know. It shook us up for awhile that 2009 one did.

Q. The 2009 one shook you up?

A. Very much. That's why we pushed the

*Doug Fuller Jr.'s Deposition — January 27, 2026*

# Prior Crash #3 – Three Strikes

## May 17, 2022 | Hinsdale, Illinois

- Two cars were unattended at the exit of Fuller's.
- One car rolled into another, which then rolled across Lincoln and into a third car in front of Fontano's.


X002639383

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

W. Chicago Ave.

102 W. Chicago Ave.

S. Lincoln St.

NARRATIVE (refer to vehicle by unit #)

The owners of unit 1, 2 and 3 did not observe the crash occur.

Witness 1 told me she observed unit 1 at the end of the automated car wash, on the east side of 102 W. Chicago Avenue. Unit 2 then completed the crash wash and struck the rear of unit 2. Unit 2 rolled towards the east and struck unit 3 parked on S. Lincoln Street. All of the vehicles were unoccupied at the time of the collisions.

...old me she observed unit 2 head east from the parking lot of 102 W. Chicago ...o S. Lincoln Street and strike unit 3 parked on S. Lincoln Street. Witness 2 did ... anyone in unit 2 it crossed S. Lincoln Street and struck unit 3.

...n was caused by unit 1 and unit 2 being left unattended at the end of the car

N 41.8033
W -87.9307

U2 COLOR White

NOT DISABLING DAMAGE

LARGE TRUCK, BUS, OR HM VEHICLE


ILLINOIS TRAFFIC CRASH REPORT

Sheet 2 of 2 Sheets

IY003

X002639383

Hinsdale PD

S LINCOLN ST

W CHICAGO AVE

HINSDALE

DU PAGE

5/17/2022 2:21

HIP22006427

LEXUS RX 350 2007

V226092 IL 2023

State Farm

ALDRICH, LAURI

4441 WOLF RD 303, WESTERN SPRINGS, IL 60558

6648893C0213D

216 Grant McElroy

HSO

Daniel Blake, 003

# Crash #3 – Three Strikes

## Crash Report Narrative

HINSDALE PD · MAY 17, 2022

NARRATIVE (refer to vehicle by unit #)

The owners of unit 1, 2 and 3 did not observe the crash occur.

Witness 1 told me she observed unit 1 at the end of the automated car wash, on the east side of 102 W. Chicago Avenue. Unit 2 then completed the crash wash and struck the rear of unit 2. Unit 2 rolled towards the east and struck unit 3 parked on S. Lincoln Street. All of the vehicles were unoccupied at the time of the collisions.

Witness 2 told me she observed unit 2 head east from the parking lot of 102 W. Chicago Avenue onto S. Lincoln Street and strike unit 3 parked on S. Lincoln Street. Witness 2 did not observe anyone in unit 2 it crossed S. Lincoln Street and struck unit 3.

This collision was caused by unit 1 and unit 2 being left unattended at the end of the car

# Crash #3 – Three Strikes

## Crash Report Diagram

HINSDALE PD · MAY 17, 2022



# Crash #3 – Three Strikes

## A year before Sean's death

- Doug knew that in 2022, a year before Sean was killed, a car went on the same pathway, across the sidewalk, over the curb, across two lanes of traffic and struck a parked car on the south side of Lincoln.

Q. So is it your understanding then in 2022, about a year before Sean was killed, a car again went on the same pathway, across the sidewalk, over the curb, over two lanes of traffic and struck a parked car on the south -- on the south side of Lincoln?

A. Yes.

*Doug Fuller Jr.'s Deposition — January 27, 2026*

# Crash #3 – Three Strikes

## Fuller’s Lack of Precaution

- There was no family meeting about this incident.
- There was not a conversation.
- No incident report or documentation was created by Fuller’s.



BY THE WITNESS:
A. But no.
BY MR. COSGROVE:
Q. So is it an accurate statement to say you and your brothers and sisters did not have a discussion about this instance, about the Jeep Patriot in 2022?
A. This wasn't an acceleration --
Q. Did you have a conversation?
A. No, we did not.
Q. You did not. There was not a meeting for safety on this incident?
A. There was not.
Q. Was there an incident report that was created?
A. There was not.
Q. Were there any documents created at Fuller's Car Wash concerning the incident from 2022?
A. There might have been insurance on this. I'd have to check.
Q. And when you said there might have been insurance on this, was there damage?
A. I'd have to check.



*Doug Fuller Jr.’s Deposition — January 27, 2026*

# Prior Crashes at Fuller's

| Failure / Pattern | Crash #1<br>July 25, 2007 | Crash #2<br>Jan 22, 2009 | Crash #3<br>May 17, 2022 |
|---|---|---|---|
| **Path of Travel** | Employee accelerated out of the wash bay and gained significant speed, crossing the street and crashing into a parked pickup truck in front of Fontano's. | Vehicle accelerated out of the wash, sped across Lincoln St., struck a parked car, and came to rest after hitting a tree — the parked car was pushed into the building next to Fontano's. | Customer's vehicle again left the wash bay under attendant control and exited onto the public roadway, repeating the same path of potential harm. |
| **Vehicle Involved** | Jeep | Jeep | Jeep |
| **Lack of Training and Supervision of Employees** | Driver was a new employee on his first day, with no driver's license, who was not supposed to be operating customer vehicles — manager admitted this on scene. | No evidence that training, supervision, or wash-bay handling protocols had been updated following the July 2007 incidents — same supervisory gap allowed another unrestrained vehicle to exit the bay. | Same supervisory and training gaps persist 15 years later — no formalized vehicle-handling protocol. |
| **Changes to Fuller's Custom, Procedure, or Policy** | None | None | None |